1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>CAROLYN DuROFF, an individual, SCOTT DuROFF, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants-in-Interpleader. | CASE NO.: C 09-04611 SI<br>(Honorable Susan Illston)<br><br>[*PROPOSED*] ORDER GRANTING STIPULATION FOR:<br><br>(1) **DISTRIBUTION OF INTERPLEADED FUNDS;**<br><br>(2) **DISCHARGE AND DISMISSAL WITH PREJUDICE;**<br><br>(3) **AWARD OF ATTORNEYS' FEES AND COSTS TO PRIMERICA LIFE INSURANCE COMPANY IN THE AMOUNT OF $3,400; AND**<br><br>(4) **PERMANENT INJUNCTION**<br><br>[Filed concurrently with Stipulation of the Parties] |

i:\office\10406\044\09pleadings\proposed order stip dismissal.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[*PROPOSED*] ORDER GRANTING STIPULATION FOR: (1) DISTRIBUTION; (2) DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES AND COSTS; AND (4) PERMANENT INJUNCTION; CASE NO. C 09-04611 SI

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica"), and Defendants-in-Interpleader Carolyn DuRoff ("Carolyn"), and Scott DuRoff ("Scott"), (Carolyn and Scott are sometimes collectively referred to as "Defendants-in-Interpleader"), the Court ORDERS as follows:

1. That Primerica and its agents are discharged of all liability with respect to the life insurance policy issued by Primerica to Mitch DuRoff, (the "Deceased") providing a death benefit of $150,000, policy number 0432189618 (the "Policy") and out of which the above-referenced interpleader action arises;

2. That Defendants-in-Interpleader and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever, against Primerica, and its agents, with respect to the Policy and/or the proceeds of the Policy;

3. That Primerica is dismissed from this action with prejudice as to all claims relating to the Policy benefits and the Policy issued to the Deceased insuring the life of the Deceased;

4. That Primerica will be awarded its reasonable attorneys' fees and costs in the amount of $3,400.00, which Primerica was forced to incur in bringing its interpleader action, and which amount is to be paid from Policy proceeds currently on deposit with this Court in the amount of $153,926.71 (death benefit plus interest);

5. That, pursuant to the settlement agreement reached between the Defendants-in-Interpleader, Carolyn will receive $13,000 of the Policy proceeds currently on deposit with the Court registry;

-2-
[*PROPOSED*] ORDER GRANTING STIPULATION FOR: (1) DISTRIBUTION; (2) DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES AND COSTS; AND (4) PERMANENT INJUNCTION; CASE NO. C 09-04611 SI

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

6. That, pursuant to the settlement agreement reached between the Defendants-in-Interpleader, Scott will receive the remaining Policy proceeds currently on deposit with the Court registry in the amount of $137,526.71 ($153,926.71 minus (1) $13,000 to Carolyn and (2) $3,400 to Primerica equals $137,526.71).

**IT IS SO ORDERED.**

Dated: _____, 2009

_____
United States District Judge

-3-
[*PROPOSED*] ORDER GRANTING STIPULATION FOR: (1) DISTRIBUTION; (2) DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES AND COSTS; AND (4) PERMANENT INJUNCTION; CASE NO. C 09-04611 SI

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

1  **Respectfully Submitted By:**
   Gail E. Cohen (093210),
2  gcohen@bargerwolen.com
   Karen D.M. Denvir (240120),
3  kdenvir@bargerwolen.com
   BARGER & WOLEN LLP
4  633 West Fifth Street, 47th Floor
   Los Angeles, California 90071
5  Telephone: (213) 680-2800
   Facsimile: (213) 614-7399
6
   Attorneys for Plaintiff-in-Interpleader
7  Primerica Life Insurance Company

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

-4-
[*PROPOSED*] ORDER GRANTING STIPULATION FOR: (1) DISTRIBUTION; (2)
DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' FEES
AND COSTS; AND (4) PERMANENT INJUNCTION; CASE NO. C 09-04611 SI

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 633 West Fifth Street, 47th Floor, Los Angeles, California 90071-2043.

On **November 13, 2009**, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING STIPULATION FOR (1) DISTRIBUTION OF INTERPLEADED FUNDS; (2) DISCHARGE AND DISMISSAL WITH PREJUDICE; (3) AWARD OF ATTORNEYS' EFES AND COSTS TO PRIMERICA LIFE ISURANCE COMPANY IN THE AMOUNT OF $3,400; AND (4) PERMANENT INJUNCTION** on the interested parties in this action by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope addressed as stated in the attached mailing list.

**Scott DuRoff**
**1347 Tilton Road**
**Sebastopol, California 95472**

**Carolyn DuRoff**
**220 Golden Ridge Avenue, Apt. #2**
**Sebastopol, California 95472**

[X] **BY MAIL**

  [ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

  [X] I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

  [ ] I caused such envelope to be delivered to a commercial messenger service with instructions to personally deliver same to the offices of the addressee on this date.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Los Angeles, California on **November 13, 2009**.

MELANIE TAVERA    _____
(Name)            (Signature)

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

i:\office\10406\044\09pleadings\proof.doc